J-A07009-21

| | | |
|---|---|---|
| SCRANTON QUINCY CLINIC COMPANY, LLC D/B/A PHYSICIANS HEALTH ALLIANCE AND SCRANTON QUINCY HOSPITAL COMPANY, LLC D/B/A MOSES TAYLOR HOSPITAL | : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellants | : : | |
| v. | : : : | No. 498 MDA 2020 |
| PAMELA PALMITER | : : : | |

Appeal from the Order Dated December 31, 2019
In the Court of Common Pleas of Lackawanna County Civil Division at
No(s):  19-CV-1315

BEFORE:   BOWES, J., DUBOW, J., and STEVENS, P.J.E.[*]


**<u>ORDER</u>**

AND NOW, this 10th day of August 2021, the Opinion filed on August 5, 2021, in the above-captioned matter is **WITHDRAWN** *sua sponte*, and is hereby **REPLACED** with the Opinion filed August 10, 2021, *sub nom* ***Palmiter v. Commonwealth Health Sys., Inc. d/b/a Commonwealth Health***, 498 MDA 2020.


PER CURIAM

---

[*] Former Justice specially assigned to the Superior Court.